IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00330-RPM

HANTZ AIR, L.L.C., a Michigan
Limited Liability Company,

        Plaintiff,

v.

J. MESINGER CORPORATE JET SALES, INC., a
New Mexico Corporation;
JAY MESINGER, an individual;
F.S.Y. Consultants, L.L.C., a Texas
Limited Liability Company;
F. SCOTT YAEGER, an individual; and
SUSAN S. YAEGER, an individual,

        Defendants.

_____

ORDER DISCHARGING ORDER TO SHOW CAUSE
_____

Pursuant to the Plaintiff's Response to Order to Show Cause Why This Action Should Not Be Dismissed for Failure to Prosecute, filed on July 18, 2005, it is

ORDERED that the order to show cause is discharged and counsel shall file settlement papers or a status report by August 1, 2005.

DATED: July 19th, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge