IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00330-RPM

HANTZ AIR, L.L.C., a Michigan
Limited Liability Company,

        Plaintiff,

v.

J. MESINGER CORPORATE JET SALES, INC., a
New Mexico Corporation;
JAY MESINGER, an individual;
F.S.Y. Consultants, L.L.C., a Texas
Limited Liability Company;
F. SCOTT YAEGER, an individual; and
SUSAN S. YAEGER, an individual,

        Defendants.
_____

ORDER FOR JUDGMENT OF DISMISSAL AS TO DEFENDANTS F. SCOTT YAEGER
AND SUSAN S. YAEGER
_____

        Hantz Air, L.L.C., seeks to recover the cost of repairs and related damages resulting from its purchase of an aircraft from defendant F.S.Y. Consultants, L.L.C.  In the third and fourth claims for relief identified as "counts" in the complaint, the plaintiff asserts liability of F. Scott Yaeger and Susan S. Yaeger who were owners and officers of the selling corporation based on claims asserted as fraudulent misrepresentation and innocent misrepresentation.  The Yaeger defendants filed a motion for summary judgment on July 28, 2005, attaching their affidavits in which each of them says that the negotiations for the sale were conducted by a broker, J. Mesinger Corporate Jet Sales,

Inc., and Jay Mesinger, acting for that company. Each of them asserts that they did not participate in any direct negotiations with the plaintiff.

In response to this motion, the plaintiff attached an affidavit of John R. Hantz, alleging in very conclusory language that he conducted negotiations by telephone calls and E-mails with the broker, the seller and the Yaegers. Neither the complaint nor the Hantz affidavit includes any specific or particularized statements from the Yaeger defendants concerning the condition of the aircraft. The plaintiff requests that this Court permit discovery under Fed.R.Civ.P. 56(f) before ruling on the motion. That does not seem necessary since Mr. Hantz was the person acting for the plaintiff in the negotiations and the sale. The plaintiff has failed to set forth any factual basis to support these claims against the Yaeger defendants and it is therefore

ORDERED that the motion for summary judgment by F. Scott Yaeger and Susan S. Yaeger is granted and the Clerk will enter judgment dismissing the claims against those defendants with prejudice.

DATED: March 1, 2006.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge