IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 05-cv-00330-RPM

HANTZ AIR, L.L.C., a Michigan
Limited Liability Company,

        Plaintiff,

v.

J. MESINGER CORPORATE JET SALES, INC., a
New Mexico Corporation;
JAY MESINGER, an individual; and
F.S.Y. Consultants, L.L.C., a Texas
Limited Liability Company;

        Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **March 30, 2006, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judgesframe.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling Order in Word or WordPerfect format shall be submitted by March 23, 2006, via e-mail to **Matsch_Chambers@cod.uscourts.gov**.

        DATED: March 1st, 2006.

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge