IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-00330-RPM

HANTZ AIR, L.L.C., a Michigan Limited Liability Company,

       Plaintiff,

v.

J. MESINGER CORPORATE JET SALES, INC.,
a New Mexico corporation;
JAY MESINGER, an individual, and
F.S.Y. CONSULTANTS, L.L.C.,
a Texas Limited Liability Company,

       Defendants.

---

## ORDER FOR JUDGMENT OF DISMISSAL AS TO DEFENDANT F.S.Y. CONSULTANTS, L.L.C.

---

On August 29, 2006, defendant F.S.Y. Consultants, L.L.C. moved for summary judgment on the plaintiff's claims against it. The plaintiff has not responded to that motion. In an affidavit filed on November 10, 2006, the plaintiff's counsel stated that he advised F.S.Y.'s counsel in September that the plaintiff would not contest F.S.Y.'s motion. Accordingly, it is

ORDERED that the motion for summary judgment by F.S.Y. Consultants, L.L.C. is granted and the clerk will enter judgment dismissing the claims against F.S.Y. with prejudice.

Dated: December 28, 2006

                                           BY THE COURT:

                                           s/ Richard P. Matsch
                                           _____
                                           Richard P. Matsch, Senior District Judge