IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   05-cv-00330-RPM

HANTZ AIR, L.L.C.,

                Plaintiff,

v.

J. MESINGER CORPORATE JET SALES, INC., and
JAY MESINGER,

                Defendants.

**Minute Order Entered by Senior District Judge Richard P. Matsch:**


s/M. V. Wentz
  Secretary


      Plaintiff's motion for adjournment of oral argument scheduled for January 30, 2007, is granted and the hearing is **rescheduled for February 8, 2007, at 2:00 p.m.**


Dated:  January 25, 2007